IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE L. FORD,<br><br>    Petitioner,<br><br>v.<br><br>D. OLLISON, Warden,<br><br>    Respondent. | No. C 06-07862 JW (PR)<br><br>ORDER TO SHOW CAUSE; ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 3) |

Petitioner, a state prisoner currently incarcerated at the Ironwood State Prison in Blythe, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. Petitioner seeks to proceed in forma pauperis (Docket No. 3) under 28 U.S.C. § 1915.

## BACKGROUND

Petitioner was convicted by a jury in the Superior Court of the State of California in and for the County of Sonoma of burglary (Cal. Penal Code § 489). The trial court imposed sentence enhancements under California's "Three Strikes"

Order to Show Cause; Order Granting Motion to Proceed In Forma Pauperis
P:\PRO-SE\SJ.JW\HC.06\Ford07862_osc&grant-ifp.wpd

law (§ 667.5) after finding petitioner had prior prison terms. Petitioner was sentenced to twenty-seven years and four months to life in state prison.

According to the petition, petitioner appealed his conviction, and the California Court of Appeals affirmed on June 24, 2004. The Supreme Court of California denied review on December 1, 2004. Petitioner alleges that he also filed a state habeas petition which was denied by the Superior Court of Sonoma County on January 9, 2006. The California Court of Appeals denied his appeal on February 16, 2006, and the Supreme Court of California denied the petition on November 15, 2006. Petitioner filed the instant petition on December 22, 2006.

## DISCUSSION

A.  Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.  Legal Claims

Petitioner raises eight claims: 1) due process was violated by the impaneling of an anonymous jury without evidence or finding of necessity; 2) due process was violated by the admission of an uncharged other crime into evidence; 3) a sentence of 25 years to life for commercial second degree burglary is disproportionate and violates the Eighth Amendment's prohibition against cruel and unusual punishment; 4) there was insufficient evidence to support the finding that the prior crime of

voluntary manslaughter was either a "violent felony" under Cal. Penal Code § 667.5(c)(1) or a "serious" felony under Cal. Penal Code § 1192.7(c) to warrant imposition of the sentence enhancements under the "Three Strikes" law in violation of due process; 5) trial court abused its discretion in refusing to strike prior crimes and sentencing petitioner as a "second striker," violating due process; 6) the reclassification of his prior conviction for voluntary manslaughter from a misdemeanor to a violent felony upon the post-conviction passage of the "Three Strikes" law violated the Ex Post Facto Clause; 7) ineffective assistance of trial counsel; and 8) ineffective assistance of appellate counsel. Liberally construed, petitioner's claims appear cognizable under § 2254 and merits an answer from respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner's request to proceed in forma pauperis (Docket No. 3) is GRANTED.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

3. Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the

petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

DATED: April 26, 2007

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAMMIE L. FORD,

    Petitioner,

v.

D. OLLISON, Warden,

    Respondent.

Case Number: CV06-07862 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _May 2 2007_ I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sammie L. Ford T-50703
P. O Box 2199
Blythe, Ca 92226

Dated: _May 2 2007_

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk